### THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JESSE LEE FARMER, JR., ADC #166000**                                    **PLAINTIFF**

**v.**                            **Case No. 4:20-cv-00209-KGB**

**JAMES FLOWERS and JOHN DOE, Captain,**
**Wrightsville Unit, Arkansas Department of Correction**          **DEFENDANTS**

### ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray on June 1, 2021 (Dkt. No. 11).  Judge Ray recommends that plaintiff Jesse Lee Farmer, Jr.'s, complaint be dismissed without prejudice. No objections have been filed, and the deadline for filing objections has since passed.  After careful consideration, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law.  The Court dismisses without prejudice Mr. Farmer's amended complaint (Dkt. No. 6).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order and Judgment entered in this case would not be taken in good faith.

It is so ordered this 29th day of June, 2021.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge