THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSE LEE FARMER, JR., ADC #166000**　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　**Case No. 4:20-cv-00209-KGB**

**JAMES FLOWERS and JOHN DOE, Captain,**
**Wrightsville Unit, Arkansas Department of Correction**　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Jesse Lee Farmer, Jr.'s, complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 29th day of June, 2021.

*[signature]*
Kristine G. Baker
United States District Judge